John J. Edmonds (State Bar No. 274200)
jedmonds@ip-lit.com
**COLLINS, EDMONDS & SCHLATHER**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 973-7846
Facsimile: (213) 835-6996

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

Teresa C. Chow (SBN 237694)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: tchow@bakerlaw.com

Attorney for Defendant
TOMTOM NORTH AMERICA, INC.



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/25/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOMTOM, INC. and TOMTOM NORTH AMERICA, INC.<br><br>    Defendants. | Case No. 17-cv-05937-YGR<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO TOMTOM NORTH AMERICA, INC.**<br><br>Courtroom: 1<br>Judge: Honorable Yvonne G. Rogers |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cellspin Soft, Inc. and only Defendant TomTom North America, Inc. hereby stipulate that this action and all claims Plaintiff has asserted against TomTom North America, Inc. in this action are hereby dismissed *without prejudice*. Each party to bear its own costs and attorneys' fees. The Clerk shall close

this file.

Respectfully submitted this 25th day of January, 2018.

| **BAKER & HOSTETLER LLP** | **COLLINS EDMONDS & SCHLATHER, PLLC** |
|---|---|
| By: /s/ Teresa C. Chow <br> Teresa C. Chow <br> Attorney for Defendant <br> TOMTOM NORTH AMERICA, INC. | By: */s/ John J. Edmonds* <br> JOHN J. EDMONDS <br> Attorney for Plaintiff <br> CELLSPIN SOFT INC. |